# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1976
Lower Tribunal No. 2010-CF-000541-L-O

_____

ASTOR LUIS BENITEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

June 2, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and KAMOUTSAS and PRATT, JJ., concur.


Astor Luis Benitez, Homestead, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED